**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION**

| | | |
|---|---|---|
| SAYDA AYALA *o/b/o* E.S.R-M., | : | |
| | : | |
| Petitioner, | : | |
| | : | |
| v. | : | Case No. 4:26-cv-106-CDL-ALS |
| | : | |
| Warden, STEWART DETENTION | : | |
| CENTER, *et al.*, | : | |
| | : | |
| Respondents. | : | |

**ORDER**

On January 20, 2026, the Court received Ms. Sayda Ayala's putative next friend *pro se* application for habeas corpus relief under 28 U.S.C. § 2241 on behalf of E.S.R-M., and a motion to accept Ms. Ayala's next friend status on behalf of E.S.R-M. (ECF Nos. 1, 2). Having reviewed Ms. Ayala's brief and declaration in support of her status as next friend on behalf of E.S.R-M. in response to the Court's order for supplemental briefing on her request to proceed as next friend (ECF Nos. 4, 7), the Court finds Ms. Ayala has sufficiently alleged that E.S.R-M. is suffering from inaccessibility, combined with physical and linguistic barriers, sufficient to demonstrate that E.S.R-M. is incapable of prosecuting this action. *Francis v. Warden, FCC Coleman-USP*, 246 F. App'x 621, 622 (11th Cir. 2007) (quoting *Whitmore v. Arkansas*, 495 U.S. 149, 163 (1990)); *see also* 28 U.S.C. § 2242 (permitting an application for habeas relief to be signed by "someone acting in his behalf."). Further, the Court finds that Ms. Ayala has demonstrated her dedication to the best interests of E.S.R-M. and has a significant relationship with E.S.R-M. such that she should be permitted to proceed on his behalf. *Whitmore*, 495 U.S. at 163-64. Accordingly, Ms. Ayala's

motions to proceed as next friend on behalf of E.S.R-M. (ECF Nos. 2, 5) are **GRANTED**. Further orders of this Court will refer to Ms. Ayala and E.S.R-M. jointly as Petitioner.

Having also initially reviewed Petitioner's amended application (ECF No. 6), the Court finds good cause to extend the time for a response. 28 U.S.C. § 2243. Accordingly, Respondents shall have twenty-one (21) days to file a comprehensive response to said amended application. Within fourteen (14) days thereafter, Petitioner should file any desired reply. The Court will consider whether to hold an evidentiary hearing once briefing is complete.

**SO ORDERED**, this 5th day of February, 2026.

s/ **ALFREDA L. SHEPPARD**
UNITED STATES MAGISTRATE JUDGE

2