## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
## COLUMBUS DIVISION

SAYDA AYALA *o/b/o* E.S.R-M.,           :
                                        :
      Petitioner,          :
                                        :
v.                                      :       Case No. 4:26-cv-106-CDL-ALS
                                        :
Warden, STEWART DETENTION,              :
CENTER, *et al.*,                       :
                                        :
      Respondents.         :
_____

### ORDER

On February 26, 2026, Respondents filed a Motion to Dismiss in response to Petitioner's amended application for habeas relief. (ECF Nos. 6, 9). Despite being notified of his right to file a response to the Motion to Dismiss (ECF No. 10), Petitioner did not file a response. As of April 15, 2026, Petitioner's name does not appear on the U.S. Immigration and Customs Enforcement Online Detainee Locator System. U.S. Immigration & Customs Enforcement, https://locator.ice.gov/odls/#/search (last accessed Apr. 15, 2026). Consequently, Respondents are ordered to provide a status report with updated information regarding Petitioner's current location within **fourteen (14) days** of the date of this Order.

      **SO ORDERED**, this 15th day of April, 2026.

s/ **ALFREDA L. SHEPPARD**
UNITED STATES MAGISTRATE JUDGE