IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

SAYDA AYALA *o/b/o* E.S.R-M.,          *

    Petitioner,                        *

vs.                                    *

Warden, STEWART DETENTION             *     CASE NO. 4:26-cv-106-CDL-ALS
CENTER, *et al.*,
                                       *

    Respondents.                       *

_____       *

O R D E R

    This matter is before the Court pursuant to a Report and Recommendation by the United States Magistrate Judge entered on June 16, 2026.  There was no objection to this Recommendation as permitted by 28 U.S.C. § 636(b)(1).  Therefore, the Court reviews the Recommendation for clear error.  Finding no clear error, the Court adopts the Recommendation of the Magistrate Judge and makes it the order of this Court.

    IT IS SO ORDERED, this 15th day of July, 2026.

                    S/Clay D. Land
                    CLAY D. LAND
                    U.S. DISTRICT COURT JUDGE
                    MIDDLE DISTRICT OF GEORGIA