IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

SAYDA AYALA, *o/b/o E.S.R-M.*                  *

           Petitioner,              *

v.                                                   Case No.  4:26-cv-106-CDL-ALS

                                      *

Warden, STEWART DETENTION CENTER, *et al.,*          *

           Respondents.             *

_____

## J U D G M E N T

Pursuant to this Court's Order dated 7/15/2026, having accepted the recommendation of the United States Magistrate Judge, in its entirety, JUDGMENT is hereby entered dismissing this action.

This 15th day of July, 2026.

                             David W. Bunt, Clerk

                             s/ Elizabeth S. Long, Deputy Clerk